```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

STARR INDEMNITY & LIABILITY COMPANY,    :
                                   :

                 Plaintiff,     :

                                   :            23-cv-00786 (LJL)

     -v-                        :

                                   :               ORDER

EXIST, INC.,                          :

                                   :

                 Defendant.    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court having issued an opinion and order dismissing the complaint without prejudice, Dkt. No. 25, and no amended complaint having been filed and a notice of appeal having been filed, the Clerk of Court is respectfully directed to close the case.


      SO ORDERED.

Dated: January 23, 2024
      New York, New York                                _____
                                           LEWIS J. LIMAN
                                    United States District Judge